UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

CORNELIUS PAUL BARTHELEMY-BEY                    CIVIL ACTION

VERSUS                                                            NO. 19-12671

STATE OF LOUISIANA                                        SECTION M (4)

## O R D E R

Considering the complaint, the record, the applicable law, the Report and Recommendation of the Chief United States Magistrate Judge (R. Doc. 4), and the plaintiff's objection to the Chief Magistrate Judge's Report and Recommendation (R. Doc. 5), the Court hereby approves the Report and Recommendation of the Chief United States Magistrate Judge and adopts it as its opinion in this matter.   Therefore,

**IT IS ORDERED** that Cornelius Paul Barthelemy-Bey's 42 U.S.C. § 1983 complaint is **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. § 1915 and § 1915A because it has been brought against an immune defendant and otherwise is frivolous and fails to state a claim for which relief can be granted.

New Orleans, Louisiana, this 23rd day of October, 2019.

_____
BARRY W. ASHE
UNITED STATES DISTRICT JUDGE